| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FUSTE, JOSE A | 2. Court or Organization<br><br>District Court - Puerto Rico | 3. Date of Report<br><br>4/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,     Date<br><br>◯ Initial    ⦿ Annual    ◯ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>RM. CH-133 U.S. COURTHOUSE<br>150 CHARDON AVENUE<br>SAN JUAN PR 00918-1758 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████████ | ████████████████ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY -9 A 10: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income- (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2004 | Self-employment as an attorney |
| 2. 2004 | Adjunct Professor, University of P.R. School of Law |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FUSTE, JOSE A | 4/29/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | CAPARRA COUNTRY CLUB | HONORARY MEMBERSHIP (EST. DUES) | $1,080 |
| 2. | BANKERS' CLUB OF PUERTO RICO | HONORARY MEMBERSHIP (EST. DUES) (SEE ADVISORY OPINION NO. 47) | $750 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CARIBE FEDERAL CREDIT UNION | PERSONAL LOAN | K |
| 2. | CITIBANK, PUERTO RICO | LINE OF CREDIT | K |
| 3. | CITIBANK, PUERTO RICO | CREDIT CARD | J |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. GINNIE MAE BONDS | D | Interest | M | T | | | | | |
| 2. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | | | Sold | 6/8 | J | A | |
| 3. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | J | T | Partial Sale | 7/30 | J | C | |
| 4. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | J | T | Partial Sale | 7/21 | J | A | |
| 5. AMERICAN FUNDS GROUP: SMALLCAP WORLD FUND | A | Dividend | K | T | Partial Sale | 7/03 | J | A | |
| 6. | | | | | Partial Sale | 7/21 | J | A | |
| 7. | | | | | Buy | 11/05 | K | | |
| 8. AMERICAN FUNDS GROUP: NEW PERSPECTIVE FUND | A | Dividend | | | Sold | 7/30 | J | B | |
| 9. JOHNSON & JOHNSON (COMMON STOCK) | A | Dividend | J | T | Buy | 5/27 | J | | |
| 10. SAVINGS ACCT. (CARIBE FEDERAL CREDIT UNION) | A | Dividend | J | T | | | | | |
| 11. CHECKING & SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 12. CHECKING & SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 13. SAVINGS ACCT. (BANCO POPULAR DE P.R.) | A | Interest | J | T | | | | | |
| 14. CHECKING & SAVINGS ACCT. (BANCO POPULAR P.R.) | A | Interest | J | T | | | | | |
| 15. IRA ORIENTAL FED. BANK | B | Interest | K | T | | | | | |
| 16. IRA ORIENTAL FED. BANK | C | Interest | L | T | | | | | |
| 17. SAVINGS ACCT. (CARIBE FEDERAL CREDIT UNION) | A | Dividend | J | T | | | | | |
| 18. AAMES FINANCIAL CORP. (COMMON STOCK) | | None | | | Sold | 7/20 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. SAVINGS ACCT. (CITIBANK) | A | Interest | K | T | | | | | |
| 20. AMERICAN FUNDS GROUP: NEW PERSPECTIVE FUND | A | Dividend | | | Sold | 7/19 | J | A | |
| 21. ORBITEX GROUP: HEALTH & BIOTECHNOLOGY FUND | | None | | | Sold | 7/20 | J | A | |
| 22. AMERICAN FUNDS GROUP: GROWTH FUND OF AMERICA | A | Dividend | K | T | Sold | 7/30 | J | A | |
| 23. | | | | | Buy | 11/5 | K | | |
| 24. AMERICAN FUNDS GROUP: EUROPACIFIC GROWTH FUND | A | Dividend | | | Sold | 7/19 | J | A | |
| 25. AMERICAN FUNDS GROUP: CAPITAL WORLD G&I FUND | B | Dividend | K | T | Partial Sale | 7/30 | J | A | |
| 26. AMERICAN FUNDS GROUP: GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 6/17 | J | A | |
| 27. SAVINGS ACCT. (CITIBANK) | A | Interest | J | T | | | | | |
| 28. LEHMAN BROS. 1993 GRANTOR TRUST CORP BOND | B | Interest | K | T | | | | | |
| 29. CHARTIERS VALLEY SCHOOL DIST. MUNI. BOND | A | Interest | | | Redeemed | 2/1 | K | | |
| 30. ALLEGHENY COUNTY GENERAL OBLIGATION MUNI. BOND | A | Interest | | | Redeemed | 9/15 | J | | |
| 31. CONNEAUT SCHOOL DIST. MUNI. BOND | A | Interest | K | T | | | | | |
| 32. WESTMORELAND MUNI. BOND | A | Interest | J | T | | | | | |
| 33. NORTH YORK COUNTY SCHOOL DIST. MUNI. BOND | B | Interest | L | T | | | | | |
| 34. DAUPHIN HOSPITAL AUTHORITY | A | Interest | | | Redeemed | 6/22 | K | | |
| 35. POWER & CASSIA CTYS. SCHOOL DIST. MUNI. BOND | B | Interest | K | T | | | | | |
| 36. ST CLAIR CO. SCHOOL DIST MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. HOUSTON TX ISD PUB FAC CORP. MUNI BOND | B | Interest | K | T | | | | | |
| 38. FOOTHILL EASTERN TRANSP. MUNI. BOND | B | Interest | L | T | | | | | |
| 39. NORTH ADAMS COMMUNITY SCHOOLS MUNI BOND | B | Interest | K | T | | | | | |
| 40. ELLIS CTY. GENERAL OBLIG. BOND | C | Interest | L | T | | | | | |
| 41. AMERICAN FUNDS GROUP: AMCAP FUND | A | Dividend | K | T | | | | | |
| 42. AMERICAN FUNDS GROUP: FUNDAMENTAL INVESTORS | A | Dividend | | | Sold | 6/08 | J | A | |
| 43. AMERICAN FUNDS GROUP: GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 6/08 | J | A | |
| 44. AMERICAN FUNDS GROUP: NEW PERSPECTIVE FUND | A | Dividend | | | Sold | 6/08 | J | A | |
| 45. AMERICAN FUND GROUP: SMALLCAP WORLD FUND | | None | | | Sold | 6/08 | J | A | |
| 46. AXA ROSENBERG US SMALLCAP FUND | A | Dividend | J | T | partial Sale | 6/11 | J | A | |
| 47. | | | | | Buy | 11/04 | J | | |
| 48. HARDING LOEVNER FUNDS: INT'L EQUITY | A | Dividend | J | T | Partial Sale | 6/11 | J | A | |
| 49. | | | | | Buy | 11/04 | J | | |
| 50. LORD ABBOTT AFFILIATED FUND | A | Dividend | | | Partial Sale | 6/15 | J | A | |
| 51. | | | | | Sold | 11/08 | J | A | |
| 52. PIMCO TOTAL RETURN FUND | A | Dividend | | | Partial Sale | 6/15 | J | A | |
| 53. | | | | | Sold | 11/08 | K | A | |
| 54. DUPAGE CTY FOREST PRESERVE BOND | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MOTOROLA I TOPRS (PREFERRED STOCK) | A | Dividend | | | Sold | 3/26 | K | B | |
| 56. GT ATLANTIC & PACIFIC TEA(PREFERRED STOCK) | B | Dividend | K | T | | | | | |
| 57. CHICAGO ILL GEN OBLIG MUNI BOND | B | Interest | K | T | | | | | |
| 58. DETROIT MI CONVENTION FAC MUNI BOND | A | Interest | K | T | | | | | |
| 59. PICKERINGTON OHIO LOCAL SCH MUNI BOND | B | Interest | K | T | | | | | |
| 60. LUMBERTON TX UTIL MUNI BOND | A | Interest | K | T | | | | | |
| 61. TEXAS MUNIC POWER AGY | A | Interest | K | T | | | | | |
| 62. LOOMIS SALYES BOND FUND | A | Dividend | | | Buy | 6/11 | J | | |
| 63. | | | | | Sold | 11/4 | J | A | |
| 64. EVERGREEN HIGH YIELD FND | A | Dividend | | | Buy | 6/15 | J | | |
| 65. | | | | | Sold | 11/08 | J | A | |
| 66. PIMCO HIGH YIELD FUND | A | Dividend | | | Buy | 6/15 | J | | |
| 67. | | | | | Sold | 11/08 | J | A | |
| 68. TURNER MID-CAP GROWTH FUND | A | Dividend | J | T | Buy | 11/04 | J | | |
| 69. HALLMARK SMALL-CAP GROWTH FUND | A | Dividend | J | T | Buy | 11/05 | J | | |
| 70. CAMBIAR OPPORTUNITY FUND | A | Dividend | J | T | Buy | 11/08 | J | | |
| 71. CAUSEWAY INT'L FUND | A | Dividend | J | T | Buy | 11/08 | J | | |
| 72. MANAGERS 20 FUND | A | Dividend | J | T | Buy | 11/08 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AMERICAN FUNDS GROUP: INTERMEDIATE BOND FUND | A | Dividend | | | Buy | 6/08 | K | | |
| 74. | | | | | Buy | 6/17 | J | | |
| 75. | | | | | Buy | 6/17 | J | | |
| 76. | | | | | Buy | 7/19 | J | | |
| 77. | | | | | Buy | 7/21 | J | | |
| 78. | | | | | Buy | 7/30 | K | | |
| 79. | | | | | Sold | 11/05 | L | D | |
| 80. AMERICAN FUNDS GROUP: CAPITAL INC. BLDR FUND | A | Dividend | | | Buy | 6/17 | J | | |
| 81. | | | | | Buy | 7/19 | J | | |
| 82. | | | | | Buy | 7/21 | J | | |
| 83. | | | | | Buy | 7/30 | K | | |
| 84. | | | | | Sold | 11/05 | K | C | |
| 85. AMERICAN FUNDS GROUP: INCOME FUND OF AMERICA | A | Dividend | | | Buy | 6/17 | J | | |
| 86. | | | | | Buy | 7/19 | J | | |
| 87. | | | | | Buy | 7/21 | J | | |
| 88. | | | | | Buy | 7/30 | K | | |
| 89. | | | | | Sold | 11/05 | K | C | |
| 90. AMERICAN FUNDS GROUP: NEW ECONOMY FUND | A | Dividend | K | T | Buy | 11/05 | K | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FUSTE, JOSE A | 4/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. | PHOENIX-GOODWIN MULTI-SECTOR FUND | B | Dividend | L | T | Buy | 6/09 | L | | |
| 92. | PR PUBLIC FINANCE CORP MUNICIPAL BOND | A | Dividend | J | T | Buy | 6/28 | J | | |
| 93. | PR CONSERVATION TRUST MUNICIPAL BOND | A | Dividend | J | T | Buy | 3/26 | J | | |
| 94. | PR MORTGAGE-BACKED & US GOV'T SECURITIES FUND | A | Dividend | J | T | Buy | 11/03 | J | | |
| 95. | INT'L HOSPITALITY ASSOC., CLASS A PREF SPEC P'SHIP INTEREST | | None | K | T | Buy | 4/12 | K | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes:<br>(See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 | | |
| 2. Value Codes:<br>(See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | | | |
| 3. Value Method Codes<br>(See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

SEC. 1. POSITIONS. I OWN AN APARTMENT IN THE CONDOMINIUM ▮▮▮▮▮▮▮▮▮▮▮▮▮ I RECEIVE NO COMPENSATION AND MY DUTIES ARE CONFINED TO NON-PROFIT OPERATION AND MAINTENANCE OF THIS RESIDENCIAL FACILITY. SEE ADVISORY OPINION 29 & CANON 5.

SEC. IV. REIMBURSEMENTS & GIFTS. I HAVE ONLY RECEIVED OFFICIAL COURT-RELATED REIMBURSEMENTS ON AUTHORIZED EXPENDITURES REGARDING OFFICIAL TRAVEL ON BEHALF OF THE U.S. COURTS.

SEC. VII. INVESTMENTS & TRUSTS. THE IRAs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ARE CASH-EQUIVALENT ACCOUNTS MAINTAINED AT A FINANCIAL INSTITUTION. THEY ARE COMPOSED OF GINNIE MAE BONDS AND OTHER SECURITIES WHICH ARE NOT DIRECTED OR MANAGED BY EITHER OF US.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| FUSTE, JOSE A | 4/29/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___4/29/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544